IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEE MARN HON                           :

                                   :

v.                                     :   Civil Action WMN-96-2523

                                   :

BALTIMORE INTERNATIONAL
  COLLEGE, INC.                        :

## ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 22nd day of October, 1999, by the United States District Court for the District of Maryland, ORDERED:

    1. That Plaintiff's motion to reopen, Paper No. 13, is hereby DENIED;

    2. That the Clerk of the Court shall mail or transmit copies of the foregoing Memorandum and this Order to all counsel of record.

                                                           */s/*
                                         William M. Nickerson
                                         United States District Judge

FILED _____ ENTERED
LODGED _____ RECEIVED
OCT 22 1999
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY